No. 40. LYNN *v.* LYNN. Court of Appeals of New York. Certiorari denied. *Samuel Gottlieb* and *Harold I. Cole* for petitioner. *Herman A. Benjamin* for respondent.

No. 137. BAZZELL *v.* UNITED STATES; and

No. 138. LASBY ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Morris A. Shenker* for petitioner in No. 137. *A. M. Fitzgerald* for petitioners in No. 138. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 218. G. RICORDI & Co. *v.* PARAMOUNT PICTURES, INC. C. A. 2d Cir. Certiorari denied. *Asher Blum* for petitioner. *Louis Phillips* and *Louis Nizer* for respondent.

No. 220. AIR LINE DISPATCHERS ASSOCIATION, A. F. OF L., ET AL. *v.* NATIONAL MEDIATION BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *B. F. Napheys, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *J. Roger Wollenberg* for respondents.

No. 232. CITY AND COUNTY OF HONOLULU *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Thomas W. Flynn* for petitioner. *Solicitor General Perlman* and *Assistant Attorney General Vanech* for the United States.